IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **GERALD LEE THOMAS,** | ) | CASE NO. 7:15CV00369 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **MARTIN KUMA, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice for failure to prosecute, see Fed. R. Civ. P. 41(b); defendants' motion (ECF No. 17) is **DISMISSED** without prejudice; and the action is stricken from the active docket of the court.

**ENTER**: This 30th day of October, 2015.

                                                    */s/   Glen E. Conrad*
                                              Chief United States District Judge